Justus C. Spillner, # 067638
Matthew E. Fletcher, # 198028
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
CITY OF HANFORD, CITY OF HANFORD
POLICE DEPARTMENT, OFFICER DIENER and
OFFICER CHRIS JORDAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CYNTHIA ROBBINS, individual and as successor in interest to Decedent MARIO PEREZ, RONIN RAY PEREZ, by and through his Guardian ad Litem, CYNTHIA ROBBINS, ,<br><br>           Plaintiffs,<br><br>     v.<br><br>CITY OF HANFORD, a municipal entity, CITY OF HANFORD POLICE DEPARTMENT, OFFICER DIENER, an individual OFFICER CHRIS JORDAN, and individual, ,<br><br>           Defendants. | Case No.  1:04-CV-06672 AWI SMS<br><br>[Consolidated with: 1:05-CV-00147-OWW-SMS]<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DATES** |
| RACHEL SALAZAR, an individual, and GLORIA PEREZ, an individual,<br><br>           Plaintiffs,<br><br>     v.<br><br>CITY OF HANFORD,  a municipal entity, CITY OF HANFORD POLICE DEPARTMENT, OFFICER DIENER, an individual, OFFICER CHRIS JORDAN, an individual,<br><br>           Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties, acting by and through their respective attorneys of record, hereby agree and
2  stipulate to continue the case management dates set forth in the Scheduling Conference Order in
3  this matter as follows:

|   | Previous Date | Stipulated New Date |
|---|---|---|
| Discovery Deadline (non-expert) | October 28, 2005 | February 28, 2006 |
| Discovery Deadline (expert) | February 10, 2006 | April 14, 2006 |
| Non-Dispositive Motion Filing Deadline: | February 24, 2006 | April, 28, 2006 |
| Dispositive Motion Filing Deadline: | April 21, 2006 | May 19, 2006 |
| Pre-Trial Conference Date: | June 30, 2006, 8:30 a.m., Ctrm. 3/AWI | Unchanged |

Trial date remains August 8, 2006 at 9:00 a.m. in Courtroom 3 - AWI.

/ / /

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

2

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DATES

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties hereby stipulate to a continuance of the above case management dates as there
2  has been a change of counsel for the plaintiffs, and the parties are in need of additional time to
3  complete discovery to fully evaluate this case.  Therefore, the parties respectfully request that the
4  Court order the continuance of the case management dates described above, subject to the Court's
5  schedule and approval.  This Stipulation can be executed in counter parts.

Dated:  October 26, 2005                                              McCORMICK, BARSTOW, SHEPPARD
                                                                                           WAYTE & CARRUTH LLP


                                                                              By:                   /S/
                                                                                        Justus C. Spillner
                                                                                       Matthew E. Fletcher
                                                                                     Attorneys for Defendants
                                                                                 CITY OF HANFORD, CITY OF
                                                                              HANFORD POLICE DEPARTMENT,
                                                                              OFFICER DIENER and OFFICER CHRIS
                                                                                              JORDAN



Dated:  October 25, 2005                                                       LAW OFFICES OF
                                                                                    FERNANDO F. CHAVEZ


                                                                              By:                   /S/
                                                                                        Anthony J. Palik, Esq.
                                                                                     Attorneys for Defendants
                                                                                CYNTHIA ROBBINS, individual and as
                                                                                successor in interest to Decedent MARIO
                                                                               PEREZ, RONIN RAY PEREZ, by and through
                                                                                his Guardian ad Litem, CYNTHIA ROBBINS

IT IS SO ORDERED.

Dated:  10/27/2005


                                                                              By. /s/ Sandra M. Snyder
                                                                                    UNITED STATES MAGISTRATE JUDGE

879726.v1

PDF created with pdfFactory trial version www.pdffactory.com