Justus C. Spillner, # 067638
Matthew E. Fletcher, # 198028
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
CITY OF HANFORD, CITY OF HANFORD
POLICE DEPARTMENT, OFFICER DIENER and
OFFICER CHRIS JORDAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CYNTHIA ROBBINS, individual and as successor in interest to Decedent MARIO PEREZ, RONIN RAY PEREZ, by and through his Guardian ad Litem, CYNTHIA ROBBINS, ,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF HANFORD, a municipal entity, CITY OF HANFORD POLICE DEPARTMENT, OFFICER DIENER, an individual OFFICER CHRIS JORDAN, and individual, ,<br><br>        Defendants. | Case No.  1:04-CV-6672 AWI SMS<br><br>[Consolidated with: 1:05-CV-00147-OWW-SMS]<br><br>**JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINE** |
| RACHEL SALAZAR, an individual, and GLORIA PEREZ, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF HANFORD,  a municipal entity, CITY OF HANFORD POLICE DEPARTMENT, OFFICER DIENER, an individual, OFFICER CHRIS JORDAN, an individual,<br><br>        Defendants. | |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY CUT-OFF DATES

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties, acting by and through their respective attorneys of record, hereby
2  agree and stipulate to continue the discovery deadline with regards to experts as follows:

|   | Previous Date | Stipulated New Date |
|---|---|---|
| Discovery Deadline (expert) | April 14, 2006 | June 16, 2006 |

Trial date remains August 8, 2006 at 9:00 a.m. in Courtroom 3 - AWI.

The parties respectfully request that the Court order the continuance of the date described above, subject to the Court's schedule and approval. This Stipulation can be executed in counter parts.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1  Dated: April 12, 2006 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP |
| 2 | |
| 3 | |
| 4 | By:        /s/ Justus C. Spillner        |
|   | Justus C. Spillner |
|   | Matthew E. Fletcher |
| 5 | Attorneys for Defendants |
|   | CITY OF HANFORD, CITY OF |
| 6 | HANFORD POLICE DEPARTMENT, |
|   | OFFICER DIENER and OFFICER CHRIS |
| 7 | JORDAN |
| 8  Dated: April 12, 2006 | LAW OFFICES OF |
|   | FERNANDO F. CHAVEZ |
| 9 | |
| 10 | |
| 11 | By:        /s/ Anthony J. Palik        |
|    | Anthony J. Palik, Esq. |
|    | Attorneys for Defendants |
| 12 | CYNTHIA ROBBINS, individual and as |
|    | successor in interest to Decedent MARIO |
| 13 | PEREZ, RONIN RAY PEREZ, by and through |
|    | his Guardian ad Litem, CYNTHIA ROBBINS |
| 14  IT IS SO ORDERED. Dated: 4/18/2006 | |
| 15 | |
| 16 | By: /s/ Sandra M. Snyder |
|    | SANDRA M. SNYDER |
| 17 | UNITED STATES MAGISTRATE JUDGE |

PDF created with pdfFactory trial version www.pdffactory.com