IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA ROBBINS, individually and as successor in interest to decedent MARIO PEREZ, RONIN RAY PEREZ, by and through his Guardian ad Litem, CYNTHIA ROBBINS,<br><br>     Plaintiffs,<br>  v.<br><br>CITY OF HANFORD, a municipal entity, CITY OF HANFORD POLICE DEPARTMENT, OFFICER DIENER, an individual, and OFFICER CHRIS JORDAN, an individual,<br><br>     Defendants.<br>_____<br><br>AND RELATED CONSOLIDATED CASE<br>_____ | CIV F F 04-6672 AWI SMS<br><br>Consolidated with Case:<br>CV F 05-0147 OWW SMS<br><br>ORDER TAKING DEFENDANTS'S MULTIPLE MOTIONS UNDER SUBMISSION |

  Currently pending before this Court are multiple motions for summary judgment, a motion to strike, and a Rule 12(b)(7) motion, all filed by Defendants.  These motions are set for hearing on May 30, 2006, at 1:30 p.m.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 30, 2006, is VACATED, and the parties shall not appear at that time. As of May 30, 2006, the Court will take Defendants's above referenced motions uner submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**     **May 24, 2006**                    /s/ Anthony W. Ishii
ciem0h                                             UNITED STATES DISTRICT JUDGE

daw                                     2